**SEALED**

United States Courts
Southern District of Texas
FILED

FEB 17 2022

Nathan Ochsner
Clerk of Court

| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Victoria |

| | |
|---|---|
| Victoria Division | |
| Magistrate No.: N/A | CR. No.: **V-22-006** |
| File: INDICTMENT | |
| Filed: February 17, 2022 | Judge: **Judge Drew B. Tipton** |
| County: Victoria | |
| LIONS #: 2021R06698 | |

Attorneys:

JENNIFER B. LOWERY, U.S. ATTORNEY
DENNIS E. ROBINSON, ASST. U.S. ATTORNEY

United States of America

v.

GRAND JURY ACTION    APP'D   RET

RICKI DAVID STARLING

PLEASE INITIAL

| | |
|---|---|
| TRUE BILL: | |
| NO BILL: | |

Charge(s): Ct. 1: Did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(B).

Penalty: Ct. 1: Not less than 5 years or more than 40 years imprisonment without probation, parole or suspended sentence, or a fine not to exceed $5 million, or both; at least 4 years SRT; and, a $100 Special Assessment; and community restitution up to the amount of any fine imposed by the Court.

In Jail:

On Bond:

No Arrest:   XX (arrest warrant to follow)