United States District Court
Southern District of Texas
**ENTERED**
February 18, 2022
Nathan Ochsner, Clerk

**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NUMBER |
| | § |
| RICKI DAVID STARLING | § |

**V-22-006**

### ORDER TO SEAL INDICTMENT AND RELATED DOCUMENTS

After consideration of the Government's Motion to Seal the above-referenced Indictment and related documents in the above-styled and numbered cause, it is hereby,

ORDERED that the above-styled and numbered Indictment, Motion for Arrest Warrant, and this Motion to Seal and Order be hereby SEALED.

IT IS FURTHER ORDERED that a copy of this Order, the Indictment and docket sheet as returned by the Grand Jury, and a copy of the Arrest Warrant be delivered to the United States Attorney's Office as soon as practicable after the date of this order.

IT IS FURTHER ORDERED that the United States Marshals Service for the Southern District of Texas is also hereby ORDERED to enter the Warrant for Arrest of the above defendant(s) into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

IT IS FURTHER ORDERED that this Indictment, Motion and Order shall be unsealed only as to the arrested defendant(s) without further order from this Court.

SIGNED this 17th day of February, 2022.

UNITED STATES MAGISTRATE JUDGE