Ricki Starling  
#87506-509  
JW-A225  
Federal Correctional Institution  
P.O. Box 4200  
Three Rivers TEXAS 78071

United States Courts  
Southern District of Texas  
FILED  
MAY 4 2023  
Nathan Ochsner, Clerk of Court

United States District Court  
Southern District of TEXAS  
1133 North Shoreline, Rm. 208  
Corpus Christy, TX 78401

78401-204258